# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

| | |
|---|---|
| Chapter: | **13** |
| Case Number: | **1-04-07511** |
| Document No.: | **71** |

**Allen L. Jones**

**\* Debtors**

| | |
|---|---|
| Nature of Proceeding: | **Petition for Unclaimed Funds** |

## <u>ORDER</u>

Upon consideration of the Petition for Unclaimed Funds filed at Docket Number 71, with the petition lacking a proof of ownership, it is hereby:
**ORDERED** that the Petition for Unclaimed Funds is disapproved.

By the Court,

Dated: February 5, 2014

_____
Chief Bankruptcy Judge
(VK)