IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
ALLEN L JONES :
    Debtor : CASE NO. 1:04-bk-07511 MDF

## ORDER VACATING PRIOR ORDER

It is hereby:

ORDERED that the Order Disapproving Petition for Unclaimed Funds entered at Docket Number 72 was entered in error and is hereby VACATED.

By the Court,

*Mary D France*
Chief Bankruptcy Judge
(VK)

Date: February 5, 2014

Case 1:04-bk-07511-MDF   Doc 74   Filed 02/05/14   Entered 02/05/14 15:03:47   Desc
Main Document      Page 1 of 1