# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**Allen L. Jones**

**\* Debtors**

| | |
|---|---|
| Chapter: | **13** |
| Case Number: | **1-04-07511** |
| Document No.: | **71** |
| Nature of Proceeding: | **Petition for Unclaimed Funds** |

## ORDER

**IT IS ORDERED** that the Petition for Unclaimed Funds, filed 9/9/2013, is approved.

Dated: February 5, 2014

By the Court,

_Mary D. France_
Chief Bankruptcy Judge
(VK)