# Notice Recipients

District/Off: 0314−1        User: BStanchak        Date Created: 2/6/2014
Case: 1:04−bk−07511−MDF        Form ID: pdf010        Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Allen L Jones     PO Box 145     Beaver Springs, PA 17812
       Brian J Dilks     Dilks &Knopik LLC     35308 SE Center ST     Snoqualmie, WA 98065

TOTAL: 2